AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| CARLOS A. ALFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) | **JUDGMENT** |
| SOUTHERN GENERAL INS., JOHN DOE, )<br>R. BAREFOOT, CEO JIM PEAVY, ATLANTIC )<br>CASUALTY, and CEO ROBERT W. )<br>STRICKLAND, )<br>)<br>Defendants ) | **CASE NO. 7:12-CV-273-BR** |

**Decision by the Court:**

　　IT IS ORDERED AND ADJUDGED that the Motions to Dismiss are GRANTED and this case is DISMISSED. Plaintiff's motions are DENIED. The Clerk is DIRECTED to close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 14, 2013** WITH A COPY TO:

Carlos A. Alford, Pro se (via USPS to 1404-B Harbour Drive, Wilmington, NC 28401)
Cathryn M. Little (via CM/ECF electronic notification)
Ronald Woodruff (via CM/ECF electronic notification)

| | |
|---|---|
| <u>March 14, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina